(September 1, 1983)

■ In the Matter of RICHARD C. IKE, Appellant, v LENA DI PRONIO et al., Constituting the Board of Elections of the County of Seneca, and MARY C. WORRELL and DONALD G. PELL, Respondents. — Order unanimously affirmed, without costs. Memorandum. Section 6-130 of the Election Law requires each signer of a designating petition to provide his "residence address." Although we agree with petitioner that a post-office box number is not a residence address as required by the statute, the designating petition contains the required number of signatures after invalidation of the signatures providing only the post-office box number. (Appeal from order of Seneca Supreme Court, Henry, J. — Election Law.) Present — Dillon, P. J., Doerr, Denman, O'Donnell and Schnepp, JJ.

■ In the Matter of SALLY J. HESS, Appellant, v LENA DI PRONIO et al., Constituting the Board of Elections of the County of Seneca, and ROBERT O. IKE and MARY P. GRACE, Respondents. — Order unanimously reversed, without costs, and petition granted. Memorandum. Section 6-130 of the Election Law requires each signer of a designating petition to provide his "residence address." A post-office box number is not a residence address as required by the statute. The signatures on lines 1, 9 and 10 of the designating petition are accompanied only by post-office box numbers and are, therefore, invalid. Since the designating petition does not contain the required number of valid signatures, it must be invalidated. (Appeal from order of Seneca Supreme Court, Henry, J. — Election Law.) Present — Dillon, P. J., Doerr, Denman, O'Donnell and Schnepp, JJ.

■ In the Matter of ROBERT J. TANSLEY, Appellant, v LENA DI PRONIO et al., Constituting the Board of Elections of the County of Seneca, and KATHERINE AMIDON and ALICE MATTESON, Respondents. — Order unanimously affirmed, without costs. Same memorandum as in *Matter of Ike v Di Pronio*, 96 AD2d 1134). (Appeal from order of Seneca Supreme Court, Henry, J. — Election Law.) Present — Dillon, P. J., Doerr, Denman, O'Donnell and Schnepp, JJ.

■ In the Matter of LEWELLA M. BROWN, Appellant, v LENA DI PRONIO et al., Constituting the Board of Elections of the County of Seneca, and GREGORY MILLER, Respondents. — Order unanimously affirmed, without costs. (Appeal from order of Seneca Supreme Court, Henry, J. — Election Law.) Present — Dillon, P. J., Doerr, Denman, O'Donnell and Schnepp, JJ.